CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 3 0 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH D. HUGHES, | ) | Civil Action No. 7:12cv00542 |
| Plaintiff, | ) | |
| v. | ) | **DISMISSAL ORDER** |
| CITY OF NORTON, VIRGINIA et. al, | ) | |
| Defendants. | ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and this case is **STRICKEN** from the court's active docket. The clerk is **DIRECTED** to send Mr. Hughes a copy of this opinion and order.

**ENTER**: November 30, 2012.

_____
UNITED STATES DISTRICT JUDGE